

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **CHRISTOPHER G. ARKO**<br>*Senior Counsel*<br>(212) 356-5044<br>(212) 356-3509 (fax)<br>carko@law.nyc.gov |

January 14, 2021

**By ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:    <u>Luis Amador v. City of New York</u>, 20 Civ. 956 (RA)

Your Honor:

          I am a Senior Counsel in the New York City Law Department, attorney for defendant City of New York in the above-referenced action. I write pursuant to the Court's Order of December 31, 2020 directing the parties to file a proposed briefing schedule for any anticipated motions. Plaintiff intends to move to remand the remaining New York State law claim for malicious prosecution to Bronx County Supreme Court, and defendant City of New York intends to move to dismiss the complaint in its entirety.

          The parties respectfully propose the following briefing schedule:

- Motions to be filed on February 26, 2021
- Oppositions to be filed on March 26, 2021
- Replies to be filed on April 9, 2021

          I thank the Court for its consideration herein.

Application granted. The Court adopts the parties' proposed briefing schedule.

SO ORDERED.

*[signature]*
Hon. Ronnie Abrams
Jan. 15, 2021

Respectfully submitted,

/s/ *Christopher G. Arko*

Christopher G. Arko
Senior Counsel

          cc:    Andrew Laufer, Esq. (By ECF)
                      *Attorney for Plaintiff*